David Germaine WHITE, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 102604

Missouri Court of Appeals,
Eastern District,
*DIVISION TWO.*

Filed: October 27, 2015

Lisa M. Stroup, 1010 Market Street, Suite 1100, Saint Louis, MO 63101, for appellant.

Robert J. Bartholomew, Jr., P.O. Box 899, Jefferson City, MO 65105, for respondent.

Before Philip M. Hess, P.J., Gary M. Gaertner, Jr., J. and Angela T. Quigless, J.

***ORDER***

PER CURIAM.

David Germaine White ("Movant") appeals the judgement of the motion court denying his Rule 29.15[1] motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal, and we find the motion court did not clearly err in denying Movant's motion without an evidentiary hearing. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We

1. All rule references are to Missouri Supreme Court Rules (2015) unless otherwise indicated.

affirm the judgment pursuant to Mo. R. Civ. P. 84.16(b) (2015).